IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAFAEL ESPINOZA, *Individually and on behalf of those similarly situated*, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| ATLAS RAILROAD CONSTRUCTION, LLC, | ) ) ) ) |
| Defendant. | ) |

C.A. No. 15-1189
Chief Magistrate Judge Maureen P. Kelly

## ORDER

AND NOW, this 12th day of February, 2016, IT IS HEREBY ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure in favor of Defendant, Atlas Railroad Construction, LLC and against Plaintiff, Rafael Espinoza.

BY THE COURT:

/s/ Maureen P. Kelly
MAUREEN P. KELLY
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:   All Counsel of Record by Notice of Electronic Filing